**Opinion issued June 9, 2016**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-16-00286-CV

———————————

## IN RE NAZMUDIN KESHWANI, M.D., ELITE DOC FAMILY MEDICINE, P.L.L.C., AND ELITE DOC HEALTH & BEAUTY P.L.L.C., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Nazmudin Keshwani, M.D., Elite Doc Family Medicine, P.L.L.C., and Elite Doc Health & Beauty P.L.L.C., filed a petition for writ of mandamus, challenging the trial court's April 7, 2016 temporary restraining order.[1] Relators also filed a motion for emergency relief, which was denied on April 13, 2016.

---

[1] The underlying case is *Med-Cure Anti-Aging & Skin Care, P.A. and Med-Cure Primary Physicians, P.A. v. Nazmudin Keshwani, M.D., Elite Doc Family Medicine, P.L.L.C., and Elite Doc Health &*

On April 22, 2016, relators filed a motion to dismiss this proceeding because the parties have resolved this matter.  No opinion has issued.  *See* TEX. R. APP. P. 42.1(c).  Further, although the motion does not include a certificate of conference, more than ten days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss relator's petition for writ of mandamus.  *Cf.* TEX. R. APP. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Brown, and Huddle.

---

*Beauty, P.L.L.C.*, cause number 2016-21963, pending in the 334th District Court of Harris County, Texas, the Honorable Grant Dorfman, presiding.

2